UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Michael J. Toigo )<br>Attorney at Law, Bar No. 1260 )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br>_____ ) | Case No.: 2:16-ms-89<br><br>**ORDER OF SUSPENSION** |

On November 4, 2016, this Court entered an Order to Show Cause for Michael J. Toigo, mailed via certified mail to the last known address: P.O. Box 19444, Las Vegas, Nevada 89132. However, the Order to Show Cause was returned from the United States Postal Service marked "Unclaimed - Unable to Forward." The Order to Show Cause provided Mr. Toigo with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Toigo. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-

Accordingly, **IT IS HEREBY ORDERED** that Michael J. Toigo, Nevada State Bar #1260, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this   10   day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

     Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 11th day of January, 2017, I caused to be served a true and correct copy of the foregoing ORDER to the following party at their last known address via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

        Michael J. Toigo
        P.O. Box 19444
        Las Vegas, NV 89132

    Certified Mail No.:   7015 3010 0002 3530 7072

        /s/
        Deputy Clerk
        United States District Court,
        District of Nevada